# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0904.  CLARENCE R. SANKS v. STATE OF GEORGIA.**

Prisoner Clarence R. Sanks attempted to file a mandamus action in the trial court.  On November 4, 2016, the trial court denied Sank's filing under OCGA § 9-15-2 (d).  On November 22, 2016, Sanks filed a notice of appeal giving rise to this appeal.  The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus, where as here, the notice of appeal was filed before January 1, 2017.[1]  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.") (citations and punctuation omitted).

_____

[1] For cases in which a notice of appeal is filed on or after January 1, 2017, the Court of Appeals has appellate jurisdiction over "[a]ll cases involving extraordinary remedies, except those cases concerning proceedings in which a sentence of death was imposed or could be imposed and those cases concerning the execution of a sentence of death."  OCGA § 15-3-3.1 (a) (4); see Ga. L. 2016, p. 883, §§ 3-1, 6-1 (c). See generally *Williford v. Brown*, 299 Ga. 15, 16 (2), n. 1 (785 SE2d 864) (2016) (concerning the Appellate Jurisdiction Reform Act of 2016).

This case is thus TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __01/10/2017__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*